UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:18-MJ-718 |
| | § | |
| JOSE MANUEL BARRIGA-FUENTES | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A preliminary examination and a detention hearing have been held in accordance with Rule 5.1 of the Federal Rules of Criminal Procedure and the Bail Reform Act, 18 U.S.C. § 3142(f). The defendant is charged with illegally re-entering the United States after having been previously deported in violation of 8 U.S.C. § 1326. The evidence against the defendant meets the probable cause standard. Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 15th day of May, 2018.

_____
Jason B. Libby
United States Magistrate Judge